**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:
TIMOTHY BOOSE,
Plaintiff,
v.
CITY OF CHICAGO, ILLINOIS, et al.,
Defendants.

FILED
FEBRUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIMOTHY BOOSE

08 C 1144

| | |
|---|---|
| **NAME** (Type or print) Jeffrey B. Granich | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Jeffrey B. Granich | |
| **FIRM** Law Office of Jeffrey B. Granich | |
| **STREET ADDRESS** 53 West Jackson Blvd., Suite 840 | |
| **CITY/STATE/ZIP** Chicago, IL 60604 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 6207030 | **TELEPHONE NUMBER** 312-939-9009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

JUDGE ZAGEL
MAGISTRATE JUDGE VALDEZ