## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number:     08 C 1144

BOOSE  v. CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant City of Chicago

| |
|---|
| NAME (Type or print)<br>Megan K. McGrath |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    /s/ Megan K. McGrath |
| FIRM<br>Office of the Corporation Counsel, City of Chicago |
| STREET ADDRESS<br>30 N. LaSalle, Suite 1020 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06288408 | TELEPHONE NUMBER<br>312-744-8369 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES X        NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐        NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐        NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |