IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BOOSE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1144 |
| | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | Magistrate Judge Valdez |
| CHICAGO POLICE OFFICERS J.D. PARKER, | ) | |
| Star No. 17669, and R. E. YATES, Star No. 17939, | ) | Jury Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Jeffrey B. Granich                    Megan McGrath
     Katie Z. Ehrmin                        Le'Ora Tyree
     Law Offices of Jeffrey B. Granich      City of Chicago Department of Law
     53 W. Jackson Blvd., Suite 840         30 N. La Salle Street, Suite 1020
     Chicago, IL 60604                      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants Officers' Answer, Defenses, and Jury Demand to Plaintiff's Complaint**, a copy of which is attached and served upon you.

Date:  May 29, 2008

                                        By:  s/ Marc J. Boxerman
                                             MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790